**Edward E. Esch, appellee, v. E. J. Schager, appellant. Gen. No. 25,111.**

Action to recover damages for breach of contract of purchase of personalty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the March term, 1919. Reversed with judgment of *nil capiat* and for costs. Opinion filed October 27, 1919. Rehearing denied November 10, 1919.

Carnahan & Slusser, for appellant. William A. Jennings, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Whitaker-Glessner Company, appellee, v. Mathis Brothers Company, appellant. Gen. No. 25,128.**

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919. *Certiorari* denied by Supreme Court (making opinion final).

William B. Jarvis, for appellant. Chapman, Cutler & Parker, for appellee; Ben M. Smith and Stanley Rich, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**Leopold Cohen Iron Company, appellant, v. The Loewenthal Company, appellee. Gen. No. 25,148.**

Action to recover for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

George B. Cohen, for appellant. Henry M. Goldsmith, for appellee.

Mr. Justice Holdom delivered the opinion of the court.